In the Matter of ROSS M. CELLINO, for Reinstatement to the Practice of Law. [827 NYS2d 901]—Order entered terminating suspension and reinstating petitioner to the practice of law.

Present—Scudder, P.J., Gorski, Smith and Pine, JJ. (Filed Jan. 18, 2007.)